ATTORNEY(S) : KASELL LAW FIRM
INDEX # : 1:26-CV-07269
PURCHASED/FILED :
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Southern Dist.

P27863330

Amended

# AFFIRMATION OF SERVICE - SECRETARY OF STATE

ALFONSO R. D'ABRUZZO

Plaintiff(s)

against

SPARTAN AUTO GROUP, LLC, ET AL

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY ) SS
CITY OF ALBANY )

**DESCRIPTION OF PERSON SERVED:** Approx. Age: 30 Yrs

Weight: 190 Lbs Height: 6'0" Gender: Male Race: White

Hair color: Brown Other:

**Robert Guyette**, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **September 10, 2026**, at **2:45 PM**, at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:

**SUMMONS & COMPLAINT**

on

**SPARTAN AUTO GROUP, LLC**,

the Defendant in this action, by delivering to and leaving with **Bryan Millner** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40 dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

I affirm this **SEPTEMBER 15, 2026**, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

X
ROBERT GUYETTE

**Invoice·Work Order #** 2639733
Attorney File # **27863330**