UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALFONSO R. D'ABRUZZO,

Case No. 1:26-cv-07269 (LGS)

*Plaintiff,*

– against –

SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI and MUNICIPAL CREDIT UNION,

*Defendants.*
----------------------------------------------------------------X

**REQUEST TO ENTER DEFAULT**

TO: THE CLERK OF THE COURT

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1, Plaintiff Alfonso R. D'Abruzzo respectfully requests that the Clerk enter the default of Defendant Spartan Auto Group LLC d/b/a Victory Mitsubishi, which has failed to plead or otherwise defend, and issue a Clerk's Certificate of Default.

This request is supported by the accompanying Declaration of David M. Kasell, Esq., dated October 2, 2026, and the proposed Clerk's Certificate of Default.

Dated: October 2, 2026
Long Island City, New York

**Kasell Law Firm**

By: /s/ David M. Kasell
David M. Kasell
*Attorney for Plaintiff Alfonso R. D'Abruzzo*
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: David@KasellLawFirm.com