UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALFONSO R. D'ABRUZZO,

Case No. 1:26-cv-07269 (LGS)

*Plaintiff,*

– against –

SPARTAN AUTO GROUP LLC d/b/a VICTORY MITSUBISHI and MUNICIPAL CREDIT UNION,

*Defendants.*
-----------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

I, David M. Kasell, Esq., hereby certify that on October 2, 2026, pursuant to Local Civil Rule 55.1(a)(4), I caused true and correct copies of Plaintiff's Request to Enter Default; the Declaration of David M. Kasell, Esq., dated October 2, 2026, together with Exhibit 1 thereto; and the proposed Clerk's Certificate of Default to be served by first-class mail, postage prepaid, deposited in an official depository of the United States Postal Service, upon Defendant Spartan Auto Group LLC d/b/a Victory Mitsubishi at its last known business address: 4070 Boston Road, Bronx, New York 10475.

Dated: October 2, 2026
Long Island City, New York

**Kasell Law Firm**

By: /s/ David M. Kasell

David M. Kasell
*Attorney for Plaintiff Alfonso R. D'Abruzzo*
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: David@KasellLawFirm.com