# Kasell Law Firm

October 6, 2026

***via CM/ECF***

The Honorable Lorna G. Schofield
United States District Judge
United States District Court, Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

**Re: *D'Abruzzo v. Spartan Auto Group LLC et al.*, No. 1:26-cv-07269 (LGS): Plaintiff's Status Letter and Request to Adjourn the October 13th Initial Pretrial Conference**

Dear Judge Schofield:

I represent Plaintiff Alfonso R. D'Abruzzo. I write in place of the joint letter and proposed Civil Case Management Plan and Scheduling Order due one week before the October 13th initial pretrial conference (Dkt. No. 10). Plaintiff cannot make a joint submission because neither Defendant has appeared.

**Status of the Defendants.** Spartan Auto Group LLC d/b/a Victory Mitsubishi was served on September 10, 2026, and its answer was due October 1, 2026 (Dkt. No. 11). It did not respond. The Clerk entered its default on October 6, 2026 (Dkt. No. 15).

Municipal Credit Union was served on September 22, 2026 (Dkt. No. 12). Its answer is due October 13, 2026, the day of the conference. It has not yet appeared.

No attorney has appeared for either Defendant, so I have had no opposing counsel with whom to confer on a joint letter or a proposed plan.

**Request to adjourn the conference.** Under Rule I.B.3 of Your Honor's Individual Rules, Plaintiff respectfully requests that the conference be adjourned from October 13, 2026, to a date during the week of November 9, 2026, or to any later date convenient to the Court. That would allow Municipal Credit Union's time to respond to run and, if it appears, allow the parties to confer and file a joint letter and proposed plan one week before the new date.

This is Plaintiff's first request to adjourn the conference. I cannot report either Defendant's position because neither has appeared. The adjournment would affect no other scheduled date.



1038 Jackson Avenue #4 • Long Island City, New York 11101
Phone 718.404.6668

**Default judgment against Spartan.** Plaintiff intends to move for a default judgment against Spartan under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2, as Rule III.C.7 provides. The motion will seek judgment on Plaintiff's claims under the Truth in Lending Act and New York General Business Law § 349 and for fraud, conversion, and breach of contract, together with damages established by sworn declaration.

Plaintiff reads Rule III.C.7 to permit that motion without a pre-motion conference. If the Court would prefer a pre-motion letter under Rule III.A.1, Plaintiff asks that this letter be treated as one. Plaintiff proposes to file the motion by October 9, 2026, with any opposition and reply due on the schedule set by Local Civil Rule 6.1(b).

**Remote appearance.** I respectfully request leave to appear at the initial conference, and at any adjourned date, by video or telephone. I have multiple sclerosis and use a heavy mechanical wheelchair, which makes travel to the courthouse difficult.

A copy of this letter is being mailed to each Defendant at its address for service.

I thank the Court for its consideration.

Respectfully submitted,
**Kasell Law Firm**

By: /s/ David M. Kasell
David M. Kasell
*Attorney for Plaintiff Alfonso R. D'Abruzzo*
1038 Jackson Avenue, Suite #4
Long Island City, New York 11101
Office: (718) 404-6668
Email: David@KasellLawFirm.com

cc: Spartan Auto Group LLC d/b/a Victory Mitsubishi (by first-class mail)
Municipal Credit Union (by first-class mail)

Application **GRANTED**. The conference currently scheduled for October 13, 2026, is **ADJOURNED** to **December 1, 2026, at 3:00 P.M.** The conference will be held telephonically. All parties can access the conference by calling (855) 244-8681 and entering the access code 2311 193 8649. Plaintiff is not required to file a pre-motion letter relating to the anticipated motion for default judgment against Defendant Spartan.

The Clerk of Court is respectfully directed to close the motion at Dkt. 16.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Dated: October 7, 2026
New York, New York