GRSM50
GORDON REES SCULLY MANSUKHANI
YOUR 50 STATE LAW FIRM™

STEPHANIE IMBORNONE
simbornone@grsm.com

*Admitted In: NJ & NY*

1 Battery Park Plaza, 28th Floor
New York, NY 10004
www.grsm.com

October 14, 2026

**VIA ECF**

Hon. Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** ***D'Abruzzo v. Spartan Auto Group et al.***
**Case No. 1:26-cv-07269-LGS**

Dear Judge Schofield:

We represent Defendant Municipal Credit Union ("MCU") in the above-referenced matter. MCU's response to the Complaint was currently due October 13, 2026.[1] We write to respectfully request an extension of time, through and including November 3, 2026, to answer or otherwise respond to the Complaint.

We have recently been assigned to this case. The extension will allow defense counsel to investigate Plaintiff's claims and prepare a response thereto. In light of the nature of the pleadings, MCU requests additional time to prepare its response to Plaintiff's Complaint. This is MCU's first request for an extension.

Yesterday, we reached out to Plaintiff's counsel to obtain consent for the extension but have not yet received a response.

Based on the foregoing, MCU respectfully requests that the Court extend the time for MCU to answer or to otherwise respond to the Complaint to November 3, 2026.

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

*s/ Stephanie Imbornone*

STEPHANIE IMBORNONE, ESQ.

cc: All Counsel of Record – Via ECF

[1] We attempted to file this letter motion yesterday but repeatedly received an error message on PACER.